UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

February 09, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Kao Lee Yang, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | Civil Action H-18-161 |
| | § | |
| Cheramerie Marine, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Partial Dismissal

1.    Having been advised that Marisa A. Ambriz, as next friend of B.C., Teichman Group, LLC, and T&T Offshore, Inc., have reached a settlement, the claims between them are dismissed with prejudice.

2.    The settlement has been approved by the state court-appointed ad litem.

3.    This court retains jurisdiction to enforce the settlement.

Signed on February 9, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge