UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 15, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Kao Lee Yang, *et al.*, § § § Plaintiffs, § § *versus* § § Cheramie Marine, LLC, *et al.*, § § § Defendants. § | Civil Action H-18-161 |

## Order Denying Remand

Kao Lee Yang and Marcus Wilson's motion to remand is denied. (4)

Signed on February 15, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge