| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
March 07, 2018
David J. Bradley, Clerk

Kao Lee Yang, et al., §
§
    Plaintiffs, §
§
versus §   Civil Action H-18-161
§
Cheramie Marine, LLC, et al., §
§
    Defendants. §

# Partial Dismissal

1. Having been advised that Kao Lee Yang, individually, and on behalf of S.V. and T.V., Teichman Group, LLC, and T&T Offshore, Inc., have reached a settlement, the claims between them are dismissed with prejudice.

2. The settlement has been approved by the state court-appointed ad litem.

3. This court retains jurisdiction to enforce the settlement.

Signed on March 7, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge