UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

March 07, 2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| Kao Lee Yang, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-18-161 |
| | § | |
| Cheramie Marine, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Partial Dismissal

Having been advised that Marcus Wilson no longer wishes to pursue his claims against Express Professional Services, Inc., the claims between them are dismissed with prejudice.

Signed on March 7, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge