UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 20, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Kao Lee Yang, et al., | § |
| Plaintiffs, | § |
| versus | §  Civil Action H-18-161 |
| Cheramie Marine, LLC, et al., | § |
| Defendants. | § |

## Management Order

1. By June 1, 2018, Kao Lee Yang and Marcus Wilson may respond.

2. Kao Lee Yang's motion to remand is denied. (27)

3. The motion of T&T Offshore, Inc., and Teichman Group, LLC, to enjoin the state court proceedings is denied. (33)

Signed on April 19, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge