UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

May 31, 2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| Kao Lee Yang, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-18-161 |
| | § | |
| Cheramie Marine, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Order Denying Reconsideration

1.    Marcus Wilson's motion for reconsideration is denied. (52)

2.    Wilson may not depose Cameron Kehm, Mario Ruiz, Sr., or Mario Ruiz, Jr.

Signed on May 31, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge