UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 12, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Kao Lee Yang, et al., § § § Plaintiffs, § § versus § § Cheramie Marine, LLC, et al., § § § Defendants. § | Civil Action H-18-161 |

## Order Denying Consolidation

The motion to consolidate is denied. (38)

Signed on June 11, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge