| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 12, 2018
David J. Bradley, Clerk

| Kao Lee Yang, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | Civil Action H-18-161 |
| | § | |
| Cheramie Marine, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## Order on Reconsideration

1. Marcus Wilson's motion for reconsideration is denied. (58)

2. Confirming the order entered from the bench on April 19, 2018, the motion of T&T Offshore, Inc., and Teichman Group, LLC, to enjoin the state court proceedings is denied.

Signed on June 11, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge