IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAO LEE YANG, INDIVIDUALLY, AND § <br> OBO, S.V. & T. V., MINORS; § <br> *Plaintiffs,* § <br> § <br> VS. § <br> § <br> TEICHMAN GROUP, LLC., *et al.,* § <br> *Defendants.* § | Civil Action No. 4:18-CV-161 |

### **PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS T&T MARINE, INC. AND TEICHMAN GROUP, LLC WITHOUT PREJUDICE**

Plaintiffs hereby ask this Court to dismiss T&T Marine, Inc. and Techman Group, LLC pursuant to FRCP 41(a)(2) from the instant case without prejudice. Plaintiffs no longer desire to pursue their claims against these Defendants at this time. Moreover, counsel for T&T Marine, Inc. claims it is not a proper party to this action. Plaintiffs move pursuant to FRCP 41(a)(2) because at least one Defendant has filed an answer. Plaintiffs respectfully ask this Court to enter an Order dismissing Defendants T&T Marine, Inc. and Techman Group, LLC without prejudice. Pursuant to local rule 7.1(h), no certificate of conference is required.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: */s/ Anthony G.Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
Federal Bar No. 22679
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Tel:  (713) 223-5393
Fax: (713) 223-5909
Email:tbuzbee@txattorneys.com

**OF COUNSEL:**

Christopher J. Leavitt
State Bar No. 24053318
Fed. ID No. 1045581
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Phone: (713) 223-5393
Facsimile: (713) 223-5909
Email: CLeavitt@txattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been duly served on all interested parties in accordance with the Federal Rules of Civil Procedure on the **August 8, 2018**, as set forth below:

            */s/ Christopher J. Leavitt*
             Christopher J. Leavitt