# Civil Courtroom Minutes

| | |
|---|---|
| **Judge** | Lynn N. Hughes |
| **Case Manager** | Glenda Hassan |
| **Law Clerk** | |
| **Date** | August 8, 2018 |
| **Time** | 6:00 p.m. — 7:10 p.m. |
| **Civil Action** | H — 18 — 161 |
| **Style** | Kao Lee Yang, et al. *versus* Cheramie Marine, LLC, et al. |

**Docket Entry**

☐ Conference; ■ Hearing; ____ day ☐ Bench   ☐ Jury Trial   (Rptr: F. Warner)

Ryan Pigg _____ for ■ Ptf. # ____  ☐ Deft. # ____
Jeremy Herschaft, Harold Watson, ___ for ☐ Ptf. # ____  ■ Deft. # Lightering LLC
and Lisa Kaufman _____ for ☐ Ptf. # ____  ☐ Deft. # ____
Michael Hogue, Lynn Liberato, _____ for ☐ Ptf. # ____  ■ Deft. # Teichman Group
and Thomas Fitzhugh                                                     T&T Marine

☐ All motions not expressly decided are denied without prejudice.

☐ **Evidence taken** [exhibits or testimony].

■ Argument heard on: ☐ all pending motions;   ☐ these topics:
Second notice of noncompliance and motion for relief.

☐ Motions taken under advisement: _____

■ Order to be entered.

☐ Internal review set: _____

☐ Rulings orally rendered on: the parties are enjoined from pursuing the state case.