UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

August 09, 2018

David J. Bradley, Clerk

| | |
|---|---|
| Kao Lee Yang, *et al.*, §<br>§<br>Plaintiffs, §<br>§<br>*versus* §<br>§<br>Cheramie Marine LLC, *et al.*, §<br>§<br>Defendants. § | Civil Action H-18-161 |

## Order Setting Trial

1.  A pretrial conference is set:                    October, 10, 2018, at 10:30 a.m.
    *The parties will exchange exhibits before the*
    *conference so that objections can be discussed.*

2.  A joint pretrial order must be filed by:                    October 8, 2018.
    *The plaintiff is responsible for filing the*
    *pretrial order on time.  Each party must file*
    *his exhibit and witness lists.*

3.  A jury trial is    set for:                    October 23, 2018, at 9:00 a.m.
    *If the case is not reached then, it will*
    *remain on standby until tried.*

    The days allowed for trial:                    4 days.


Signed on August 9, 2018, at Houston, Texas.


Lynn N. Hughes
United States District Judge