| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 10, 2018
David J. Bradley, Clerk

Kao Lee Yang, et al., §
§
　　　　Plaintiffs, §
§
versus § Civil Action H-18-161
§
Cheramie Marine, LLC, et al., §
§
　　　　Defendants. §

## Preliminary Injunction

1. This court's order of April 19, 2018, denying the motion of T&T Offshore, Inc. and Teichman Group, LLC, to enjoin Kao Lee Yang and Marcus Wilson from proceeding in the state court lawsuit is vacated.

2. On the motion of T&T and Teichman, Yang and Wilson are enjoined from proceeding further in action 2018-04606 pending in the 190th Civil District Court in Harris County or initiate a new proceeding in any state court, federal court, administrative action, arbitration, or any other claim on the common nucleus of fact with this action.

Signed on August 10, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge