UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 10, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Kao Lee Yang, et al., | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-18-161 |
| Cheramie Marine, LLC, et al., | § § § | |
| Defendants. | § | |

## Discovery Order

1. By August 20, 2018, Marcus Wilson will give T&T Offshore, Inc., and Teichman Group, LLC, all correspondence between the parties, all paternity result tests involving Wilson and Blake Carlisle, and evidence showing Wilson's financial support of or from Carlisle.

2. T&T and Teichman may subpoena Carlisle's academic records from Dickinson High School, Independence Community College, and Southern Methodist University, including medical data supplied to the school and family and emergency contacts.

3. T&T and Teichman may subpoena any entity for its professional or ordination certificates of Carlisle.

4. T&T and Teichman may subpoena Lightering and Express Professional for its employee drug testing results.

5. By September 15, 2018, T&T and Teichman may take the depositions of: Marcus Wilson, Rene Wilson, Marisa Ambriz, and Angela Carlisle.

6. T&T and Teichman will specify a ten day return for the subpoenas.

Signed on August 10, 2018, at Houston, Texas.

                                                   _____
                                                           Lynn N. Hughes
                                                   United States District Judge