IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAO LEE YANG, INDIVIDUALLY, AND OBO, S.V. & T. V., MINORS; *Plaintiffs,* | § § § § | |
| VS. | § § | Civil Action No. 4:18-CV-161 |
| TEICHMAN GROUP, LLC., *et al.,* *Defendants.* | § § § | |

### NOTICE OF APPEAL

Plaintiff Marcus Wilson appeal to the United States Court of Appeals for the Fifth Circuit from the following orders issued by this Court:

1. August 10, 2018 Preliminary Injunction (Doc. 76); and

2. August 8, 2018 Oral Ruling Regarding Preliminary Injunction (Doc. 69).

This is an interlocutory appeal of an order granting an injunction brought under 28 U.S.C. § 1292(a)(1).

                 Respectfully submitted,

                **THE BUZBEE LAW FIRM**

                By: */s/ Anthony G.Buzbee*
                  Anthony G. Buzbee
                  State Bar No. 24001820
                  Federal Bar No. 22679
                  JPMorgan Chase Tower
                  600 Travis, Suite 7300
                  Houston, Texas 77002
                  Tel:   (713) 223-5393
                  Fax: (713) 223-5909
                  Email: tbuzbee@txattorneys.com

                **ATTORNEYS FOR PLAINTIFF**

**OF COUNSEL:**
Christopher J. Leavitt
State Bar No. 24053318
Fed. ID No. 1045581
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Phone: (713) 223-5393
Facsimile: (713) 223-5909
Email: CLeavitt@txattorneys.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of this document has been duly served on all interested parties in accordance with the Federal Rules of Civil Procedure on the **August 15, 2018**.

                          */s/ Christopher J. Leavitt*
                           Christopher J. Leavitt