UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KAO LEE YANG, Individually, and obo, S.V. & T.V., Minors** | CIVIL ACTION |
| **Plaintiff,** | NO. 4:18-cv-00161 |
| versus | JUDGE HUGHES |
| **TEICHMAN GROUP, LLC, et al.** | ADMIRALTY |
| **Defendants.** | |

*consolidated with*

| | |
|---|---|
| **MARCUS WILSON** | CIVIL ACTION |
| **Plaintiff,** | NO. 4:18-cv-00161 |
| versus | JUDGE HUGHES |
| **TEICHMAN GROUP, LLC, et al.** | ADMIRALTY |
| **Defendants.** | |

*moving to be consolidated with*

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF CHERAMIE DIVE SUPPORT, L.L.C. AND CHERAMIE MARINE, L.L.C., AS OWNER AND OPERATOR OF THE M/V ELLIOT CHERAMIE, FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | CIVIL ACTION<br><br>NO. 4:18-cv-001366<br><br>JUDGE BENNETT<br><br>ADMIRALTY |

**PETITIONERS CHERAMIE DIVE SUPPORT, L.L.C.'S AND
CHERAMIE MARINE, L.L.C.'S NOTICE OF STAY OF PROCEEDINGS**

**NOW INTO COURT**, through undersigned counsel, comes Petitioners Cheramie Dive Support, L.L.C. and Cheramie Marine, L.L.C. (collectively "Petitioners"), who appear solely for the purpose of notifying this Honorable Court that Judge Bennett of the United States District Court for the Southern District of Texas – Houston Division, in Civil Action Number 4:18-cv-01366, entered an *Order Approving Ad Interim Stipulation, Directing Issuance of Notice, and Restraining Prosecution of Claims* on September 7, 2018, which, in pertinent part, restrains,

1

stays, and enjoins the commencement and/or further prosecution of any and all claims, actions, suits and/or proceedings, and the taking of any steps and the making of any motions in such claims, actions, suits and/or proceedings, against Petitioners, and their underwriters, or against any property of Petitioners, with regard to the claims and causes of action alleged by all parties in the instant litigation.[1]

Given the *Order Approving Ad Interim Stipulation, Directing Issuance of Notice, and Restraining Prosecution of Claims*, there may be no further proceedings in this Honorable Court against Petitioners, and their underwriters.

Respectfully submitted on September 10, 2018.

**WAITS, EMMETT, POPP & TEICH, L.L.C.**

*/s/ Mark A Hill*
**MATTHEW F. POPP, Attorney-in-Charge**
Texas Bar No. 24039679
SDTX Bar No. 30894
**RANDOLPH J. WAITS**
Texas Bar No. 00785426
SDTX Bar No. 18786
**JOHN F. EMMETT**
Texas Bar No. 00789894
SDTX Bar No. 32875
**MARK A. HILL**
Texas Bar No. 24083178
SDTX Bar No. 1804527
1515 Poydras Street, Suite 1950
New Orleans, Louisiana  70112
Telephone:     (504) 581-1301
Facsimile:      (504) 585-1796
Email:            mhill@wep-law.com

*Counsel for Cheramie Dive Support, L.L.C. & Cheramie Marine, L.L.C*

## CERTIFICATE OF SERVICE

I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Southern District of Texas, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

*/s/ Mark A. Hill*
MARK A. HILL

---

[1] Exhibit 1, *Order Approving Ad Interim Stipulation, Directing Issuance of Notice, and Restraining Prosecution of Claims,* Southern District of Texas – Houston Division Civil Action No. 4:18-cv-01366.