Civil  Courtroom  Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Gibbs     ☐ LeBouef     ☐ |
| DATE | 9/12/2018 |
| TIME | 3:50 p.m. — 4:25 p.m. |
| CIVIL ACTION | H — 18 — 161 |
| STYLE | Yang, et al. *versus* Cheramie Marine, et al. |

DOCKET ENTRY

☐ Conference;  ☑ Hearing;  ____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Dye)

Mark Hill _____ for  ☐ Ptf. # _____  ☑ Deft. # _____

Lisa Kaufman, Michael Bell, David Meyer, Hal Watson for  ☐ Ptf. # _____  ☑ Deft. # _____

Tom Fitzhugh, Lynne Liberato, Mike Hogue, Christina Crozier for  ☐ Ptf. # _____  ☑ Deft. # _____

Christopher Leavitt _____ for  ☑ Ptf. # _____  ☐ Deft. # _____

☐   All motions not expressly decided are denied without prejudice.

☐   **Evidence taken** [exhibits or testimony].

☐   Argument heard on:  ☐ all pending motions;    ☐ these topics:

_____

_____

☐   Motions taken under advisement: _____
☑   Order to be entered.
☑   Internal review set: October 1
☑   Rulings orally rendered on: motion to stay proceedings is denied.