| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 14, 2018
David J. Bradley, Clerk

Kao Lee Yang, et al., §
§
    Plaintiffs, §
§
versus § Civil Action H-18-161
§
Cheramie Marine, LLC, et al., §
§
    Defendants. §

---

In the Matter of the Complaint of §
Cheramie Dive Support, L.L.C., and §
Cheramie Marine, L.L.C., as Owner §
and Operator of the M.V. *Elliot Cheramie*, § Civil Action H-18-1366
for Exoneration from or Limitation §
of Liability §

## Order on Joint Administration

    By agreement of the judges, the admiralty case is transferred to the court with the eldest case.

    These cases will be jointly administered. Filings will be docketed by the individual case numbers and will note that the admiralty case is jointly administered with Civil Action 18-161, *Kao Lee Yang, et al., v. Cheramine Marine, L.L.C., et al.*

    Signed on September 13, 2018, at Houston, Texas.

                                        Lynn N. Hughes
                                  United States District Judge