UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 14, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Kao Lee Yang, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| *versus* | §  Civil Action H-18-161 |
| | § |
| Cheramie Marine, LLC, *et al.*, | § |
| | § |
| Defendants. | § |

## Order

The motion to consolidate is denied as moot. (78)

Signed on September 13, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge