United States District Court     Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
September 14, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Kao Lee Yang, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-18-161 |
| Cheramie Marine, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## Management Order

1. Marcus Wilson's motion to stay the upcoming trial is denied. (88)

2. Lightering LLC, may conduct the discovery it requested. (83)

3. T&T Offshore, Inc., is the correct party – not T&T Marine, Inc. T&T Offshore, Inc., is a party in this lawsuit not only because this court has ordered it under FED. R. CIV. P. 19(a)(2), but because T&T Offshore, Inc., appeared and announced that it was appearing as the real party in interest.

Signed on September 13, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge